**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RENE RUIZ-RUIZ, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-04-094 |
| VS. | § | |
| | § | CRIMINAL NO. B-03-248-001 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

**ORDER**

Petitioner, Rene Ruiz-Ruiz, was allowed to proceed *in Forma Pauperis* on June 10, 2004.

The United States Government is hereby ordered to file a response by September 16, 2004.

DONE at Brownsville, Texas, this 2nd day of August, 2004.

                                                          _____
                                                        John Wm. Black
                                                     United States Magistrate Judge