IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br> Respondent-Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | CA B-04-094 |
| RENE RUIZ-RUIZ,<br> Petitioner-Defendant<br> ( CR B-03-248) | §<br>§<br>§ | |

ORDER

The Court, having considered Ruiz' motion to vacate sentence and the Government's response, determines the record is adequate to fairly dispose of the allegations, and concludes that dismissal of the cause is warranted. Ruiz has failed to overcome the jurisdictional burden of demonstrating cause for failure to pursue his substantive claims on direct appeal. Ruiz fails to demonstrate any prejudice as a result of the complained of deficiencies or his actual innocence. Ruiz fails to show his attorney's performance was deficient or that he suffered any prejudice therefrom. Even if the merits were reached, the record refutes the substance of each of his claims.

Therefore, Ruiz' motion should be DISMISSED in its entirety.

DONE on this the _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE