IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RENE RUIZ-RUIZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-094 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Respondents. | § | |

## ORDER

Pending is the Magistrate Judge's October 5, 2004, Report and Recommendation in the above-referenced cause of action. [Docket No. 6] No objections have been lodged by either side and the time for doing so has expired. On December 9, 2004, this court, through its staff, confirmed that Mr. Ruiz-Ruiz had received the Report and Recommendation. Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**, the Government's Motion to Dismiss [Docket No. 5] is granted, and Mr. Ruiz-Ruiz's Motion to Vacate, Set Aside, or Correct a Sentence [Docket No. 1] is hereby **DENIED**.

Signed this the 4th day of January, 2005.

Andrew S. Hanen
United States District Judge